CTVRM (October 17, 2001)

TOTAL TIME: _____ hours _____ minutes

DEPUTY CLERK _John_  HONORABLE _David Coffin_

RPTR/ERO/TAPE _Tape_

DATE _10/16/03_    START TIME _9:30 A m_  END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Anderson Kill_

vs.

_Pressman_

CIVIL NO. _3:02c01258_
§
§
§
§

_David Coffin_
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

_Robert Pressman_
Defendants Counsel

### CIVIL JURY/COURT TRIAL

☑ ........ Jury of _9_ report (see attached) ☐ Jury sworn
☐ ........ ☐ (jytrl./h) Jury Trial held ☐ (jytrl./set) Jury Trial continued until _10/17/03_ at _9:30 A m_
☐ ........ ☐ (ctrl./h) Court Trial held ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc . Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ .....#_ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ .....#_ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm..... Oral Motion _for Directed Verdict by Defts_ ☐ granted ☑ denied ☐ advisement
☑ oralm..... Oral Motion _____ ☐ granted ☑ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm..... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☑ ........ _Juror #9 John Raytal excused_ ☐ filed ☐ docketed
☑ ........ _Revised Jury Verdict with interrogatories_ ☑ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☐ ........ _____ ☐ filed ☐ docketed
☑ ........ ☑ Plaintiff(s) rests ☐ Defense rests
☐ ........ Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☐ ........ ☐ Summation held ☐ Court's Charge to the Jury
☐ ........ All full exhibits, ☐ Verdict Form handed to the jury ☐ Interrogatories to the Jury handed to the jury
☐ ........ Jury commences deliberations at _____
☐ ........ Court orders Jury to be fed at Govt. expense (see attached bill)
☐ ........ SEE ☐ reverse ☐ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

VERDICT

**VERDICT**

☐ . . . . . . . . Court declares MISTRIAL

☑ jyv . . . . . . Verdict Form filed

☑ . . . . . . . . VERDICT: _Plaintiff ~~Judgment~~ a_

_____

_____

_____

_____

_____

☐ . . . . . . . . Court accepts verdict and orders verdict verified and recorded

☐ . . . . . . . . Jury polled

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Jury List**

Judge: **GERARD L. GOETTEL**

Event: **3:02-CV-1258 G**

Date: 10-16-03

Date: **10/7/03**
Time: **10:49 AM**

| Seat# | Part No. | Name | Type |
|-------|----------|------|------|
| 1 | 100153213 | DELPHIA,MICHAEL J | Juror |
| 2 | 100172338 | HARPER,VASHTYE L | Juror |
| 3 | 100178468 | KIELY,SHARON | Juror |
| 4 | 100144716 | KOALCHIC,RICHARD A | Juror |
| 5 | 100137314 | LAMPRON,DENNIS O | Juror |
| 6 | 100165536 | MORIN,JOHN T | Juror |
| 7 | 100141119 | RASTED,JOHN T | Juror |
| 8 | 100171547 | WALLANDER,DAVID C | Juror |
| 9 | 100148300 | WELLS,JENNIFER | Juror |