HONORABLE _____ (October 17, 2001)
DEPUTY CLERK _____ RPTR/ERO/TAPE _____
TOTAL TIME: ___ hours ___ minutes
DATE 10/17/03   START TIME 9:40am   END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Anderson Kill                CIVIL NO. 3:02CV1258        Same
                                §                        ─────────────
    vs.                         §                        Plaintiffs Counsel
                                §    ☐ SEE ATTACHED CALENDAR FOR COUNSEL
Pussman                         §                        Same
                                §                        ─────────────
                                                         Defendants Counsel

## CIVIL JURY/COURT TRIAL

☑ ....... Jury of 8 report (see attached) ☐ Jury sworn
☑ ....... ☑ (jytrl./h) Jury Trial held   ☐ (jytrl./set) Jury Trial continued until _____ at _____
☐ ....... ☐ (ctrl./h) Court Trial held   ☐ (ctrl./set) Court Trial continued until _____ at _____
☐ ctrlconc   Court Trial concluded ☐ DECISION RESERVED ☐ SEE reverse for verdict
☐ ....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ ....#___ Motion _____ ☐ granted ☐ denied ☐ advisement
☑ oralm... Oral Motion FOR DIRECTED VERDICT              ☑ granted ☐ denied ☑ advisement
☐ oralm... Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ oralm... Oral motion _____ ☐ granted ☐ denied ☐ advisement
☐ ....... 4:05PM COURT READS ALLEN CHARGE                ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☐ ....... _____ ☐ filed ☐ docketed
☑ ....... ☑ Plaintiff(s) rests ☑ Defense rests
☐ ....... Briefs due: ☐ Pltf _____ Deft _____ Reply _____
☑ ....... ☑ Summation held ☑ Court's Charge to the Jury
☑ ....... All full exhibits, ☑ Verdict Form handed to the jury ☑ Interrogatories to the Jury handed to the jury
☑ ....... Jury commences deliberations at 1:30 PM
☐ ....... Court orders Jury to be fed at Govt. expense (see attached bill)
☑ ....... SEE ☐ reverse ☑ attached

☐ COPY TO: JURY CLERK (JURY TRIALS ONLY)

VERDICT

**VERDICT**

☐ ........ Court declares MISTRIAL

☑ jyv ........ Verdict Form filed

☑ ........ VERDICT: PLAINTIFF $500,000.00

☐ ........ Court accepts verdict and orders verdict verified and recorded

☐ ........ Jury polled

## MISCELLANEOUS PROCEEDINGS

Judge: **GERARD L. GOETTEL**
Event: **3:02-CV-1258 G**

Date: *Oct. 17, 2003*

Date: **10/7/03**
Time: **10:49 AM**

| Seat# | Part No. | Name | Type | |
|---|---|---|---|---|
| 1 | 100153213 | DELPHIA, MICHAEL J | Juror | *[signature]* |
| 2 | 100172338 | HARPER, VASHTYE L | Juror | *[signature]* |
| 3 | 100178468 | KIELY, SHARON | Juror | *[signature]* |
| 4 | 100144716 | KOALCHIC, RICHARD A | Juror | *[signature]* |
| 5 | 100137314 | LAMPRON, DENNIS O | Juror | *[signature]* |
| 6 | 100165536 | MORIN, JOHN T | Juror | *[signature]* |
| 7 | 100141119 | RASTED, JOHN T | Juror | |
| 8 | 100171547 | WALLANDER, DAVID C | Juror | *[signature]* |
| 9 | 100148300 | WELLS, JENNIFER | Juror | *[signature]* |