UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\----------------------------------X
ANDERSON, KILL & OLICK, P.C.,       :
                                    :
                Plaintiff,          :   NO. 3:02CV1258(GLG)
        V.                          :
                                    :
ROBERT L. PRESSMAN,                 :
                                    :
                Defendant.          :
\----------------------------------X

## VERDICT FORM
### (SPECIAL INTERROGATORIES)

**Claim for Breach of Contract**

As to the Breach of Contract claim of Plaintiff Anderson, Kill & Olick, P.C. against Defendant Robert L. Pressman, please answer the following questions:

1. Has Plaintiff Anderson, Kill & Olick, P.C. proven, by the preponderance of the evidence, that it provided legal services to Robert L. Pressman?

    ____✓____ yes                    _____ no

If you answered no to question 1, you do not need to answer any further questions. If you answered yes, proceed to question 2.

2. Has Plaintiff Anderson, Kill & Olick, P.C. proven, by the preponderance of the evidence, that Robert L. Pressman breached his agreement with Anderson, Kill & Olick, by failing to pay for the legal services Anderson, Kill & Olick provided?

    ____✓____ yes                    _____ no

1

If you answered no to question 2, you do not need to answer any further questions. If you answered yes, proceed to question 3.


3. Has Plaintiff Anderson, Kill & Olick, P.C. proven, by the preponderance of the evidence, that the breach of the agreement for legal services caused it economic harm?

_____✓_____ yes            __No__ ᴿᴷ 10/17/03 no

If you answered no to question 3, you do not need to answer any further questions. If you answered yes, proceed to question 4.


4. State the amount to be awarded as damages to Anderson, Kill & Olick: $500,000.00.


You have finished your deliberations. The Foreperson should sign and date the Verdict Form.


__10/17/03__                              _____[signature]_____
Date                                      Foreperson Signature

2