UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Oct 23  3 07 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

ANDERSON, KILL & OLICK, P.C.

v.                                          Civil No. 3:02CV1258 GLG

ROBERT L. PRESSMAN

## JUDGMENT

This matter came on for trial before a jury and the Honorable Gerard L. Goettel, Senior United States District Judge. On October 17, 2003, the jury returned a verdict for plaintiff, Anderson, Kill & Olick and awarded damages in the amount of $500,000.00.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff Anderson, Kill & Olick in the amount of $500,000.00 and the case is closed.

Dated at New Haven, Connecticut this 21st day of October, 2003.

KEVIN F. ROWE, Clerk
By *[signature]*
Frank DePino
Deputy Clerk

EOD _____