## NOTICE OF APPEAL

Robert L. Pressman
51 West 52nd Street
New York, New York 10019
Tel. 212-841-7587
Fax 212-841-7739

FILED
'03 OCT 28 AM 33
U.S. DISTRICT COURT
NEW HAVEN, CONN

October 21, 2003

Court Clerk
United States District Court
District of Connecticut
14 Cottage Place
Waterbury, Connecticut
06702

Court Clerk
United States Court House
United States Court of Appeals
40 Foley Square
New York, New York
10007

Re:   **Anderson Kill & Olick v Robert L. Pressman**
      **Civil Action No 3:02 CV 01258 (GLG)**

Dear Ladies and Gentlemen:

By this letter, I hereby make application to the United States Court of Appeals to appeal the order, decision, verdict and judgment in connection with the above referenced matter. The judgment and order from which I am entitled to appeal was entered on October 21, 2003 and ordered by Judge Gerard Goettel of the United States District Court of Connecticut sitting in Waterbury, Connecticut.

I hereby certify that I have delivered a notice of this appeal to the plaintiff's counsel and mailed same, postage prepaid, to:

Attorney David Atkins
Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
P.O. Box 1740
Bridgeport, Connecticut 06601

Thank you for your courtesies.

Sincerely,

_____
ROBERT L. PRESSMAN
DEFENDANT
PRO SE