UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDERSON, KILL & OLICK, P.C., | : | |
| Plaintiff, | : | NO. 3:02CV1258 (GLG) |
| V. | : | |
| ROBERT L. PRESSMAN, | : | |
| Defendant. | : | OCTOBER 27, 2003 |

**MOTION OF PLAINTIFF TO
AMEND JUDGMENT TO INCLUDE PREJUDGMENT INTEREST**

In accordance with Rule 59(e) Fed. R. Civ. P., Plaintiff requests the Court direct the Clerk to amend the Judgment entered in the Court's docket in the above-entitled action on October 24, 2003 (and dated October 21, 2003). Specifically, Plaintiff asks for an amended judgment which adds to the principal amount of damages awarded by the jury, an award of prejudgment interest totaling $101,658.30.

A Memorandum of Law in support of Plaintiff's request (including a calculation of the interest amount sought) accompanies this Motion. A proposed Order is attached to the supporting Memorandum at Tab C.

2

Dated at Bridgeport, Connecticut, this 27th day of October, 2003.

---

David P. Atkins (ct04819)
Joel H. Thompson (ct24654)

    Zeldes, Needle & Cooper, P.C.
    1000 Lafayette Blvd.
    P.O. Box 1740
    Bridgeport, Connecticut 06604
    Ph.  (203) 333-9441
    Fax: (203) 333-1489
    Email: datkins@znclaw.com
    jthompson@znclaw.com

Attorneys for Plaintiff
Anderson, Kill & Olick, P.C.

3

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent by U. S. certified mail on this date to:

Robert L. Pressman
Cushman & Wakefield
51 West 52nd Street, 10th Floor
New York, NY, 10019

Dated at Bridgeport, Connecticut this 27th day of October, 2003.

_____
David P. Atkins