FILED

Oct 28  11 34 AM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDERSON, KILL & OLICK, P.C., :
: 
Plaintiff, : NO. 3:02CV1258 (GLG)
V. :
:
ROBERT L. PRESSMAN, :
:
Defendant. : OCTOBER 27, 2003

## PLAINTIFF'S VERIFIED BILL OF COSTS

**TO: THE CLERK OF COURT:**

In accordance with 28 U.S.C. §§1821, 1920, 1923 and 1924, D. Conn. L. Civ. R. 54, and the Judgment entered in its favor in the above-captioned action on October 24, 2003, Plaintiff hereby submits its Bill of Costs, to which an Affidavit of verification is appended, as follows:

| Description | Authority | Amount |
|---|---|---|
| Filing Fee (Court Clerk) | 28 U.S.C. §1920(1) | $150.00 |
| Service Fee (Initial Summons and Complaint) (7-22-02) | D. Conn. L. Civ. R. 54(c)(1) | $95.80 |
| Docket Fee | 28 U.S.C. §1923(a) | $20.00 |
| Witness Fee: Attendance (John H. Doyle, III) | 28 U.S.C. §1821(b) D. Conn. L. Civ. R. 54(c)(4) | $40.00 |
| Witness Fee: Attendance (Thomas M. Murphy) | 28 U.S.C. §1821(b) D. Conn. L. Civ. R. 54(c)(4) | $40.00 |

| **Description** | **Authority** | **Amount** |
|---|---|---|
| Witness Fee: Mileage (Doyle) ($0.36 per mile) | 28 U.S.C. §1821(c) D. Conn. L. Civ. R. 54(c)(4)(iii) | $66.60 |
| Witness Fee: Mileage (Murphy) ($0.36 per mile) | 28 U.S.C. §1821(c) D. Conn. L. Civ. R. 54(c)(4)(iii) | $66.60 |
| Witness Fee: Subsistence (2 nights) (Doyle) ($126 per diem) | 28 U.S.C. §1821(d) D. Conn. L. Civ. R. 54(c)(4)(ii) | $252.00 |
| Witness Fee: Subsistence (1 night) (Murphy) ($126 per diem) | 28 U.S.C. §1821(d) D. Conn. L. Civ. R. 54(c)(4)(ii) | $126.00 |
| | **TOTAL** | **$857.00** |

An Affidavit of the undersigned, as Plaintiff's duly authorized attorney within the meaning of 28 U.S.C. §1924, is attached hereto.

Dated at Bridgeport, Connecticut, this 27th day of October, 2003.

_David P. Atkins_
David P. Atkins (ct04819)

>Zeldes, Needle & Cooper, P.C.
>1000 Lafayette Blvd.
>P.O. Box 1740
>Bridgeport, Connecticut 06604
>Ph. (203) 333-9441
>Fax: (203) 333-1489
>Email: datkins@znclaw.com

Attorneys for Plaintiff
Anderson, Kill & Olick, P. C.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDERSON, KILL & OLICK, P.C., | : | |
| Plaintiff, | : | NO. 3:02CV1258 (GLG) |
| V. | : | |
| ROBERT L. PRESSMAN, | : | |
| Defendant. | : | |

**AFFIDAVIT OF COUNSEL IN SUPPORT**
**OF PLAINTIFF'S BILL OF COSTS**

STATE OF CONNECTICUT   )
                       )ss:   Bridgeport, October 27, 2003
COUNTY OF FAIRFIELD    )

DAVID P. ATKINS, after first being duly sworn, deposes and states as follows:

1. I appear as counsel for Plaintiff in the above-entitled action. I file this Affidavit in accordance with 28 U.S.C. §1924 in support of Plaintiff's attached Bill of Costs, which I am duly authorized by Plaintiff to file on its behalf.

2. I have knowledge of the facts relating to each item described in the attached Bill of Costs. Each such item is correct and was necessarily incurred in the above-entitled action.

3. The initial service-of-process fee described in the attached Bill of Costs was paid for activities actually and necessarily performed by State of Connecticut Marshal Terry L. Brown on or about July 22, 2002. A copy of the invoice for that service of process is appended to this Affidavit as Exhibit A.

_____
David P. Atkins

Sworn to and subscribed before me this 27th day of October, 2003.

_____
Commissioner of the Superior Court

2

Quality Service

# TERRY L. BROWN
## STATE MARSHAL
P.O. Box 6322
Bridgeport, CT 06606

Telephone: (203) 332-9231

David P. Atkins, Esq.
Zeldes, Needle & Cooper, PC
1000 Lafayette Blvd.
Bridgeport, CT 06604

DATE BILLED   7/28/02

| DATE OF SERVICE | CASE | FEES |
|---|---|---|
| 7/22/02 | Re: <u>Anderson, Kill & Olick, P.C. v. Robert L. Pressman</u><br><br>For service of U.S. District Court Summons and Complaint in Greenwich, CT | $95.80 |
| | TOTAL: | $95.80 |

Please Return Yellow Copy with Payment

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via certified United States mail, postage prepaid, on this date to:

Robert L. Pressman
Cushman & Wakefield
51 West 52nd Street, 10th Floor
New York, NY, 10019

Dated at Bridgeport, Connecticut this 27th day of October, 2003.

_____
David P. Atkins