Bill

FILED
Oct 28  11 34 AM '03
U.S DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDERSON, KILL & OLICK, P.C.,

                  Plaintiff,

V.                               NO. 3:02CV1258 (GLG)

ROBERT L. PRESSMAN,

                  Defendant.          OCTOBER 27, 2003

## PLAINTIFF'S VERIFIED BILL OF COSTS

**TO: THE CLERK OF COURT:**

In accordance with 28 U.S.C. §§1821, 1920, 1923 and 1924, D. Conn. L. Civ. R. 54, and the Judgment entered in its favor in the above-captioned action on October 24, 2003, Plaintiff hereby submits its Bill of Costs, to which an Affidavit of Verification is appended, as follows:

| **Description** | **Authority** | **Amount** |
|---|---|---|
| Filing Fee (Court Clerk) | 28 U.S.C. §1920(1) | $150.00 |
| Service Fee (Initial Summons and Complaint) (7-22-02) | D. Conn. L. Civ. R. 54(c)(1) | $95.80 |
| Docket Fee | 28 U.S.C. §1923(a) | $20.00 |
| Witness Fee: Attendance (John H. Doyle, III) | 28 U.S.C. §1821(b) D. Conn. L. Civ. R. 54(c)(4) | $40.00 |
| Witness Fee: Attendance (Thomas M. Murphy) | 28 U.S.C. §1821(b) D. Conn. L. Civ. R. 54(c)(4) | $40.00 |

10/29/03 DENIED without prejudice to renewal when pending appeal is resolved and judgment becomes final
Kevin F. Rowe, Clerk
By _____ Lori Inferrera, Deputy-in-Charge