**ROBERT L. PRESSMAN**
**51 WEST 52ND STREET**
**NEW YORK, NY 10011**
**TEL. 212.841.7587**
**FAX 212-841-7739**

FILED
Nov 3  11 37 AM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

October 29, 2003

Judge Gerard Goettel
United States District Judge
District of Connecticut
14 Cottage Place
Waterbury, CT
06702

    Re:    Anderson Kill V Pressman
            3:02CV1258 (GLG)

Dear Judge Goettel:

I have received the motion of Attorney Atkins for prejudgment interest for the above captioned matter.

I hereby object to the motion and respectively request that the Court denies such motion for the following reasons:

(1)    There was no finding by the Court or the jury that New York law applies in this case, and accordingly, since the trial was conducted in Connecticut, one must conclude that Connecticut law applies.

(2)    Plaintiff has shown no law and made no arguments that Connecticut law requires or allows prejudgment interest.

(3)    The trial was a jury trial, and the jury made and rendered its final award. The jury awarded the Plaintiff $500,00 as its total damages.

(4)    The Plaintiff never requested that the jury consider or award as an additional damages any sum for prejudgment interest.

(5)    The Plaintiff never argued or requested that the jury verdict form include a separate amount for prejudgment interest.

(6)    The jury awarded its verdict based on the total damages due the Plaintiff, which included prejudgment interest and all other amounts.

(7) Even if interest is due, which is argued here that it does not, the calculation used by Plaintiff is flawed. It assumes that each monthly unpaid amount is pro-rated using $500,000 divided by $712,000; however, one could easily apply each payment to the earlier months first, leaving the later months unpaid. Thus, the interest calculation would not apply to the earlier payments or balances.

Based on the foregoing, I respectfully request that the Court deny Plaintiff's motion for prejudgment interest.

Sincerely,

Robert L. Pressman
Pro Se

CC: Attorney David Atkins
Zeldes, Needle & Cooper
1000 Lafayette Blvd.
Bridgeport, Connecticut
06604

---

I certify that I have placed this day a copy of this document in an envelope, prepaid with a proper stamp, and addressed to the Plaintiff's attorney, and that such envelope was sent by U.S. mail.

Robert L. Pressman
October 29, 2003