# DISTRICT OF CONNECTICUT - NEW HAVEN
## NOTICE OF APPEAL COVER MEMO

**DATE:** October 28, 2003   **TO:** Intake Clerk

**FROM:** Robert L. Pressman (212)841-7587

**CASE TITLE:** Anderson Kill, et al v Pressman

**DOCKET NO.:** 3:02-cv-1258 (GLG)

**NOTICE OF APPEAL:** filed: October 28, 2003

**APPEAL FROM:** final judgment: **For the Plaintiff in the amount of $500,0000**

interlocutory: __

other: __

**DOCKET SHEET:** Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:** Paid ✓   Due _____   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge _____

**COUNSEL:** CJA _____   Retained _____   Pro Se ✓

**TIME STATUS:** Timely ✓   Out of Time _____

**MOTION FOR EXTENSION OF TIME:** Granted _____   Denied _____

**COA:** Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

---

**I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.**

SIGNED: _SP._   DATE: ~~10/28/03~~  10/31/03

DEPUTY CLERK, USCA