USDC/CT/ Waterbury

*ATTORNEY TO BE NOTICED*

**Holly P. Pressman**
*TERMINATED: 09/25/2003*

represented by **John E. Meerbergen**
Bleakley, Platt & Schmidt
66 Field Point Rd.
Greenwich, CT 06830-6473
661-5222
*TERMINATED: 09/25/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND (1) VOLUMES OF ORIGINAL RECORD.
DATE: 11/4/03
Roseann B. MacKechnie
CLERK, U.S.C.A. 2nd Cir.

**Counter Claimant**
-------------------

**Robert L. Pressman**

represented by **Earle Giovanniello**
(See above for address)
*TERMINATED: 09/25/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**
--------------------

**Anderson, Kill & Olick, PC**

represented by **David P. Atkins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 07/22/2002 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # B004370 (Beverly, T.) (Entered: 07/23/2002) |
| 07/22/2002 | | SUMMONS(ES) issued for Robert L. Pressman (Beverly, T.) (Entered: 07/23/2002) |
| 07/22/2002 | 2 | ORDER on Pretrial Deadlines handed to counsel Discovery cutoff 1/21/03 ; Dispositive Motions due 2/20/03 Amended Pleadings due 9/22/02 Motions to Dismiss due 10/22/02 (Beverly, T.) (Entered: 07/23/2002) |
| 07/22/2002 | 3 | MOTION by Anderson, Kill for Prejudgment Remedy (Brief Due 8/12/02 ) (Beverly, T.) (Entered: 07/23/2002) |
| 07/22/2002 | 4 | AFFIDAVIT of John H. Doyle, III by Anderson, Kill Re [3-1] motion |

| Date | No. | Description |
|---|---|---|
| | | for Prejudgment Remedy by Anderson, Kill (Beverly, T.) (Entered: 07/23/2002) |
| 07/25/2002 | 6 | ORDER of referral to Mag. Judge Holly B. Fitzsimmons for the purpose of Hearing on Applicaton for Prejudgment Remedy of Attachment (signed by Judge Alan H. Nevas) (Kolesnikoff, D.) (Entered: 07/29/2002) |
| 07/26/2002 | 5 | ORDER For Hearing and Notice on 8/12/02 at 3:30p.m. re: Prejudgment Remedy (signed by Mag. Judge Holly B. Fitzsimmons) (Warren, C.) (Entered: 07/26/2002) |
| 07/26/2002 | | SUMMONS(ES) issued for Robert L. Pressman (Warren, C.) (Entered: 07/26/2002) |
| 07/29/2002 | 7 | ORDER re courtesy copies: copies of all filings should be forwarded to chambers (Signed by Mag. Judge Holly B. Fitzsimmons) (Kolesnikoff, D.) (Entered: 07/29/2002) |
| 08/01/2002 | 8 | SUMMONS Returned Executed on 7/27/02 as to Robert L. Pressman (Warren, C.) (Entered: 08/02/2002) |
| 08/12/2002 | 9 | APPEARANCE of Attorney for Robert L. Pressman -- Earle Giovanniello (Warren, C.) (Entered: 08/12/2002) |
| 08/12/2002 | 10 | MEMORANDUM by Robert L. Pressman in opposition to [3-1] motion for Prejudgment Remedy by Anderson, Kill (Warren, C.) (Entered: 08/12/2002) |
| 08/12/2002 | 11 | AFFIDAVIT of Robert Pressman by Robert L. Pressman Re [10-1] opposition memorandum by Robert L. Pressman (Warren, C.) (Entered: 08/12/2002) |
| 08/12/2002 | 12 | Return of Service on Notice of Hearing on Application for Prejudgment Remedy of Attachment as to Robert L. Pressman (Kolesnikoff, D.) (Entered: 08/12/2002) |
| 08/12/2002 | 13 | Motion hearing held re: [3-1] motion for Prejudgment Remedy by Anderson, Kill (HBF) (Kolesnikoff, D.) (Entered: 08/13/2002) |
| 08/12/2002 | | MINUTE Entry: [3-1] motion for Prejudgment Remedy under advisement (HBF) (Kolesnikoff, D.) (Entered: 08/13/2002) |
| 08/15/2002 | 14 | MOTION by Robert L. Pressman to Extend Time until 9/16/02 to respond to the complaint (Warren, C.) (Entered: 08/15/2002) |
| 08/16/2002 | 15 | RULING granting [3-1] motion for Prejudgment Remedy in the |

| | | | |
|---|---|---|---|
| | | | amount of $712,027.87. ( signed by Mag. Judge Holly B. Fitzsimmons ) 8 Page(s) (Warren, C.) (Entered: 08/19/2002) |
| 08/19/2002 | | | ENDORSEMENT [14-1] motion to Extend Time until 9/16/02 to respond to the complaint ordered accordingly ( signed by Clerk ) (Warren, C.) (Entered: 08/20/2002) |
| 08/22/2002 | | | WRIT of attachment issued (Warren, C.) (Entered: 08/22/2002) |
| 08/30/2002 | | 16 | Return of Service on service of attachment as to Robert L. Pressman (Warren, C.) (Entered: 08/30/2002) |
| 09/16/2002 | | 17 | ANSWER and Affirmative Defenses to Complaint and COUNTERCLAIM by Robert L. Pressman against Anderson, Kill (Warren, C.) (Entered: 09/16/2002) |
| 10/15/2002 | | 18 | Disclosure Statement by Anderson, Kill (D'Andrea, S.) (Entered: 10/15/2002) |
| 10/22/2002 | | 19 | REPORT of Parties Planning Meeting (Warren, C.) (Entered: 10/22/2002) |
| 10/28/2002 | | 20 | ORDER of referral to Mag. Judge Holly B. Fitzsimmons for Settlement conference (signed by Judge Alan H. Nevas ) (Warren, C.) (Entered: 11/04/2002) |
| 02/07/2003 | | 21 | MOTION by Anderson, Kill to Amend [1-1] complaint (Brief Due 2/28/03 ) (Warren, C.) (Entered: 02/10/2003) |
| 02/07/2003 | | 22 | MOTION by Anderson, Kill to Extend Time to file amended complaint no time specified (Warren, C.) (Entered: 02/10/2003) |
| 02/07/2003 | | 23 | MEMORANDUM by Anderson, Kill in support of [21-1] motion to Amend [1-1] complaint (Warren, C.) (Entered: 02/10/2003) |
| 02/26/2003 | | 24 | MEMORANDUM by Robert L. Pressman in opposition to [21-1] motion to Amend [1-1] complaint by Anderson, Kill (Warren, C.) (Entered: 02/27/2003) |
| 02/26/2003 | | 25 | AFFIDAVIT of Earl Giovanniello by Robert L. Pressman Re [24-1] opposition memorandum by Robert L. Pressman (Warren, C.) (Entered: 02/27/2003) |
| 03/07/2003 | | | ENDORSEMENT granting [21-1] motion to Amend [1-1] complaint ( signed by Judge Alan H. Nevas ) (Warren, C.) (Entered: 03/07/2003) |
| 03/07/2003 | | 26 | AMENDED COMPLAINT by Anderson, Kill amending [1-1] |

| | | |
|---|---|---|
| | | complaint (Warren, C.) (Entered: 03/07/2003) |
| 03/07/2003 | | **Added party Holly P. Pressman (Warren, C.) (Entered: 03/07/2003) |
| 03/07/2003 | | ENDORSEMENT granting [22-1] motion to Extend Time to file amended complaint ( signed by Judge Alan H. Nevas ) (Warren, C.) (Entered: 03/07/2003) |
| 03/14/2003 | | SUMMONS(ES) issued for Holly P. Pressman (Warren, C.) (Entered: 03/14/2003) |
| 03/14/2003 | 27 | MOTION by Robert L. Pressman for Reconsideration of [0-0] order dated 3/7/03 re: [21-1] motion to Amend [1-1] complaint (Brief Due 4/4/03 ) (Warren, C.) (Entered: 03/14/2003) |
| 03/14/2003 | 28 | MEMORANDUM by Robert L. Pressman in support of [27-1] motion for Reconsideration of [0-0] order dated 3/7/03 re: [21-1] motion to Amend [1-1] complaint (Warren, C.) (Entered: 03/14/2003) |
| 03/24/2003 | 29 | ANSWER and Affirmative Defenes to Amended Complaint and COUNTERCLAIM by Robert L. Pressman against Anderson, Kill (Warren, C.) (Entered: 03/26/2003) |
| 03/28/2003 | 30 | SUMMONS Returned Executed on 3/18/03 as to Holly P. Pressman (Fazekas, J.) (Entered: 03/28/2003) |
| 04/03/2003 | 31 | MEMORANDUM by Anderson, Kill in opposition to [27-1] motion for Reconsideration of [0-0] order dated 3/7/03 re: [21-1] motion to Amend [1-1] complaint by Robert L. Pressman (Warren, C.) (Entered: 04/03/2003) |
| 04/04/2003 | 32 | APPEARANCE of Attorney for Holly P. Pressman -- John E. Meerbergen (Simpson, T.) (Entered: 04/04/2003) |
| 04/04/2003 | 33 | MOTION by Holly P. Pressman to Extend Time to 5/6/03 to Respond to Complaint (Simpson, T.) (Entered: 04/04/2003) |
| 04/08/2003 | | ENDORSEMENT granting [33-1] motion to Extend Time to 5/6/03 to Respond to Complaint ( signed by Judge Alan H. Nevas ) (Warren, C.) (Entered: 04/10/2003) |
| 04/11/2003 | 34 | ANSWER and affirmative Defenses by Anderson, Kill to [29-2] counter claim by Robert L. Pressman (Warren, C.) (Entered: 04/14/2003) |
| 04/11/2003 | | ENDORSEMENT granting [27-1] motion for Reconsideration of [21-1] order dated 3/7/03 re: [21-1] motion to Amend [1-1] complaint |

| | | | |
|---|---|---|---|
| | | | ( signed by Judge Alan H. Nevas ) (Warren, C.) (Entered: 04/14/2003) |
| 04/28/2003 | | 35 | DEMAND for jury trial by Robert L. Pressman (Warren, C.) (Entered: 04/29/2003) |
| 04/29/2003 | | 36 | DEMAND for jury trial by Holly P. Pressman (Warren, C.) Modified on 05/21/2003 (Entered: 04/29/2003) |
| 04/29/2003 | | 37 | ANSWER and Affirmative Defenses by Holly P. Pressman to amended complaint (Warren, C.) (Entered: 04/29/2003) |
| 08/22/2003 | | 38 | MOTION by Anderson, Kill to Stay Case (Brief Due 9/12/03 ) (Warren, C.) (Entered: 08/25/2003) |
| 08/22/2003 | | 39 | MEMORANDUM by Anderson, Kill in support of [38-1] motion to Stay Case (Warren, C.) (Entered: 08/25/2003) |
| 09/04/2003 | | 40 | MOTION by Earle Giovanniello to Withdraw as Attorney for Robert L. Pressman (Sanders, C.) (Entered: 09/05/2003) |
| 09/10/2003 | | | ENDORSEMENT denying [40-1] motion Earle Giovanniello to Withdraw as Attorney for Robert L. Pressman ( signed by Judge Alan H. Nevas ) (Warren, C.) (Entered: 09/10/2003) |
| 09/10/2003 | | 41 | ORDER of Transfer ( signed by Judge Alan H. Nevas ) to Judge Gerard L. Goettel (Sanders, C.) (Entered: 09/10/2003) |
| 09/11/2003 | | 42 | Ready Trial ORDER for Jury Cases: Jury Selection scheduled for 10/7/03 at 9am ( signed by Judge Gerard L. Goettel ) (Basile, F.) (Entered: 09/11/2003) |
| 09/12/2003 | | 43 | MOTION by Anderson, Kill to Voluntary Dismissal without prejudice counts three & four of the first amended complaint (Brief Due 10/3/03 ) (Basile, F.) (Entered: 09/12/2003) |
| 09/12/2003 | | 44 | MOTION by Robert L. Pressman for Earl Giovanniello to Withdraw as Attorney (Basile, F.) (Entered: 09/12/2003) |
| 09/25/2003 | | | ENDORSEMENT granting [43-1] motion to Voluntary Dismissal without prejudice counts three & four of the first amended complaint ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 09/25/2003) |
| 09/25/2003 | | | ENDORSEMENT granting [44-1] motion for Earl Giovanniello to Withdraw as Attorney ( attorney Earle Giovanniello for Robert L. Pressman ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 09/25/2003) |

| | | |
|---|---|---|
| 09/25/2003 | | **Terminated party Holly P. Pressman SEE ENDORSEMENT ON #43 on this date (Depino, F.) (Entered: 09/30/2003) |
| 09/29/2003 | 45 | Letter MOTION by Robert L. Pressman to Continue jury selection for 60 days (Depino, F.) (Entered: 09/29/2003) |
| 10/01/2003 | 46 | TRIAL BRIEF by Anderson, Kill Estimated trial time is for 2 days (Depino, F.) (Entered: 10/01/2003) |
| 10/01/2003 | 47 | APPEARANCE of Attorney for Anderson, Kill -- Joel H. Thompson (Depino, F.) (Entered: 10/02/2003) |
| 10/02/2003 | 48 | TRANSCRIPT for date of 8/12/03 (Court reporter: Bowles Reporting Service) (Fazekas, J.) (Entered: 10/02/2003) |
| 10/06/2003 | | ENDORSEMENT denying [45-1] motion to Continue jury selection for 60 days because of considerations set forth in memorandum in opposition ( signed by Judge Gerard L. Goettel ) (Warner, R.) (Entered: 10/06/2003) |
| 10/07/2003 | 49 | MEMORANDUM by Anderson, Kill in opposition to [45-1] motion to Continue jury selection for 60 days by Robert L. Pressman (Warner, R.) (Entered: 10/07/2003) |
| 10/07/2003 | 50 | JURY Selection held Jury Trial set for 9:30 a.m. 10/16/03 ( GLG) (Depino, F.) (Entered: 10/09/2003) |
| 10/16/2003 | 52 | Minute Entry for proceedings held before Judge Gerard L. Goettel : Jury Trial held on 10/16/2003 Jury Trial Continued Until 10/17/03 @ 9:00a.m.. (Court Reporter Falcone.) (Depino, F.) (Entered: 10/24/2003) |
| 10/16/2003 | 56 | Memorandum in Support re ORAL MOTION for Directed Verdict filed by Anderson, Kill & Olick, PC. (Depino, F.) (Entered: 10/27/2003) |
| 10/17/2003 | 51 | Revised & Supplemental Proposed Jury Charge by Anderson, Kill & Olick, PC. (Pesta, J.) (Entered: 10/20/2003) |
| 10/17/2003 | 53 | Minute Entry for proceedings held before Judge Gerard L. Goettel : Jury Trial completed on 10/17/2003. (Court Reporter Falcone.) (Depino, F.) (Entered: 10/24/2003) |
| 10/17/2003 | | ORAL MOTION for Directed Verdict by Anderson, Kill & Olick, PC. (Depino, F.) (Entered: 10/24/2003) |
| 10/17/2003 | 54 | JURY VERDICT For Plaintiff Against Defendant in the Amount of |

|  |  |  | $500,000.00. (Depino, F.) (Entered: 10/24/2003) |
|---|---|---|---|
| 10/17/2003 |  |  | ENDORSEMENT ORDER granting in part and taking under advisement ORAL Motion for Directed Verdict. Signed by Judge Gerard L. Goettel on 10/17/03. (Depino, F.) (Entered: 10/27/2003) |
| 10/23/2003 |  | 55 | JUDGMENT in favor of Plaintiff in the amount of $500,000.00. Signed by Clerk on 10/21/03. (Depino, F.) (Entered: 10/27/2003) |
| 10/23/2003 |  |  | ***Civil Case Terminated. (Depino, F.) (Entered: 10/27/2003) |
| 10/28/2003 |  | 57 | NOTICE OF APPEAL by Robert L. Pressman. Filing fee $ 105, receipt number N010683. Certified copy of docket and copy of NOA mailed to USCA. (Malone, P.) (Entered: 10/28/2003) |
| 10/28/2003 |  |  | Index to Record on Appeal by Robert L. Pressman re 57 Notice of Appeal (Malone, P.) (Entered: 10/28/2003) |