## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

ANDERSON, KILL & OLICK, P.C.

     v.                                 Civil No.  3:02cv1258(GLG)

ROBERT L. PRESSMAN

## **AMENDED JUDGMENT**

The judgment entered in this case on October 27, 2003, is hereby amended as follows. This matter came on for trial before a jury and the Honorable Gerard L. Goettel, Senior United States District Judge.  On October 17, 2003, the jury returned a verdict finding for the plaintiff, Anderson, Kill & Olick, P.C., and awarded  damages in the amount of $500,000.00.  Plaintiff filed a motion to amend judgment to include prejudgment interest and on December 10, 2003, a Ruling on Motion to Amend Judgment was granted awarding interest in the amount of $101,510.21.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that judgment is entered for the plaintiff, Anderson, Kill & Olick, P.C., against the defendant, Robert L. Pressman, in the amount of $500,000.00 plus prejudgment interest in the amount of $101,510.21 for a total of $601,510.21.

Dated at New Haven, Connecticut, this 15th day of December, 2003.

KEVIN F.  ROWE, CLERK
By

Lori Inferrera
Deputy-in-Charge

EOD: _____